UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
LUIS COLON,                                      )
                                                 )
                Plaintiff,              )    **AFFIDAVIT OF**
                                                 )    **SERVICE**
  -against-                                     )
                                                 )
                                                 )    **O8 CV 4453 (CM)(DFE)**
                                                 )
THE CITY OF NEW YORK,                            )
MICHAEL RAPIEJKO, and                            )
JOHN and JANE DOES,                              )
                                                 )
                Defendants.            )
------------------------------------------------------------X

STATE OF NEW YORK          )
                           ) ss.:
COUNTY OF NEW YORK         )

    I, Patricia Choi, being duly sworn, depose and say: that I am over eighteen years of age and am employed by Michael L. Spiegel, Esq., with offices located at 111 Broadway, Suite 1305, New York, New York 10006.

    On May 13, 2008, I served a copy of the within Summons and Complaint on:

**Michael A. Cardozo**
**Corporation Counsel**
**Law Department**
**The City of New York**
**100 Church St.**
**New York, NY**

by delivering a true copy thereof personally to a person of suitable age and discretion authorized to accept service for the above person at the above location.

                                                                         Patricia Choi

Sworn to before me this 13
day of May, 2008

/Notary Public

MICHAEL L. SPIEGEL
Notary Public, State of New York
No. 02SP5072155
Qualified in New York County
Commission Expires Jan. 27, 2011

*Judge McMahon*

☙AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

__SOUTHERN__ District of __NEW YORK__

Luis Colon

V.

The City of New York, Michael Rapiejko, and John and Jane Does

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 08 CIV 4453

TO: (Name and address of Defendant)

City of New York
100 Church Street
New York, NY 10007

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Michael L. Spiegel
111 Broadway, Suite 1035
New York, NY 10006

an answer to the complaint which is served on you with this summons, within ___twenty___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON                               MAY 1 3 2008

CLERK                                             DATE

(By) DEPUTY CLERK

⍰AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE |
| NAME OF SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
  Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL $0.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
                Date                  *Signature of Server*

                             _____
                                  *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.